IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE CONSTITUTION PARTY OF VIRGINIA, et al.,
    Plaintiffs,

v.                                                    Civil Case No. 3:20-cv-349

VIRGINIA STATE BOARD OF ELECTIONS, et al.,
    Defendants.

## ORDER

This matter comes before the Court on the plaintiffs' motion for a temporary restraining order and preliminary injunction. (Dk. No. 7.) The Court held a hearing on the motion on June 19, 2020. As discussed at the hearing, counsel for the parties have preliminarily agreed to the terms of a consent decree that would resolve this case. Accordingly, by **June 23, 2020, at 9:00 a.m.**, counsel for the defendants shall notify opposing counsel and this Court whether the defendants agree to the terms of the consent decree. If the parties do not resolve the case, the Court will hold a bench trial on **July 13, 2020.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 19 June 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge