**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                                                                          DATE:     7/13/20

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>The Constitution Party of Virginia, et al.<br>v.<br>Virginia State Board of Elections, et al. | CASE NO:   3:20cv349<br><br>JUDGE:  Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:   BENCH TRIAL (X)   MOTION HEARING (  )
                                                  OTHER:

APPEARANCES:    Parties by (X)/with (  ) counsel

Motion Hearing:


**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (  )    DEFENDANT(S) (  )  Court (✓)
OPENING STATEMENTS MADE (✓)          OPENING WAIVED (  )
PLAINTIFF(S) ADUCED EVIDENCE (✓), rested, *A
DEFENDANT(S) ADUCED EVIDENCE (✓)   RESTED (✓) MOTION (  ) _____
EVIDENCE CONCLUDED (✓)       ARGUMENTS OF COUNSEL HEARD (✓)


CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:
*A - Defendant moved to strike the Independent Green Party; motion denied
matter taken under advisement; a decision will be
issued this week



Robert Barnes, Matthew Hardin
_____
Counsel for Plaintiff(s)

Marshall Ross, Carol Lewis, Blaire O'Brien
_____
Counsel for Defendant(s)


| SET:<br>9:00 am | BEGAN:<br>9:01 am | ENDED:<br>12:24 pm | TIME IN COURT:<br>3:04 |
|---|---|---|---|

Recess: 10:54 - 11:08; 11:17 - 11:22

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

Constitution Party of Virginia, et al.
V.
Virginia Department of Elections, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:20CR349

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Hardin, Barnes | Ross, Lockerman, O'Brien, Lewis |
| **DATE** July 13, 2020 | **COURT REPORTER** G. Halasz, OCR | **COURTROOM DEPUTY** Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Nick Dunbar, State Chair of Libertarian Party cross |
| | I | | | * | Plf's Responses to Dfts' Interrogatories (Doc. 32) |
| | II | | | | Table of Libertarian Party signatures |
| ✓ | | | | | Becker Sidney Smith, General Secretary of Green Party |
| ✓ | | | | | John Bloom, Chairman of Constitution Party of VA |
| | ✓ | | | | Christopher Piper, Commissioner of Dept. of Elections |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

\* All exhibits not objected to are admitted
Plfs' exhibits A-H excluded as hearsay

Page 1 of 1