IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE CONSTITUTION PARTY OF VIRGINIA, et al.,
    Plaintiffs,

v.                                                             Civil Case No. 3:20-cv-349

VIRGINIA STATE BOARD OF ELECTIONS, et al.,
    Defendants.

## FINAL ORDER

The matter comes before the Court following a bench trial. For the reasons stated in the accompanying Opinion, the Court CONCLUDES that the signature requirements set forth §§ 24.2-506(A)(1)-(2), 24.2-543 are unconstitutional as applied to the named plaintiffs during this election cycle. *See* 42 U.S.C. § 1983. Accordingly, the Court ENJOINS the defendants from enforcing those requirements as to the named plaintiffs for the 2020 general election in Virginia and ORDERS as follows:

    1.    The deadline for the named plaintiffs seeking to appear as candidates for the U.S. House of Representatives and U.S. Senate is extended to August 1, 2020, at 7:00 p.m. *See* Va. Code Ann. § 24.2-507. Those named plaintiffs shall appear on the ballot if they submit signatures of qualified voters totaling at least 35 percent of the total petition signatures required by Virginia Code § 24.2-506(A)(1), (2), and meet all other conditions to appear on the 2020 Virginia general election ballot as candidates for the U.S. Senate or U.S. House of Representatives.

    2.    The named plaintiffs seeking to appear as candidates for U.S. President and U.S. Vice President shall appear on the ballot if they submit signatures of qualified voters totaling at least 50 percent of the total petition signatures required by Virginia Code § 24.2-543(A), and meet

all other conditions to appear on the 2020 Virginia general election ballot as candidates for U.S. President or U.S. Vice President

3.    The Court DENIES AS MOOT the plaintiffs' motion for a temporary restraining order or preliminary injunction. (Dk. No. 7.)

4.    The Court DIRECTS the Clerk to enter judgment in favor of the plaintiffs pursuant to Federal Rule of Civil Procedure 58.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 July 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge