AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**The Constitution Party of Virginia, et al.,**
    Plaintiff,

                                      **JUDGMENT IN A CIVIL CASE**
**v.**                                    Case number: **3:20cv00349**

**Virginia State Board of Elections, et al.,**
    Defendant.

[   ]   **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**[X]   Decision by Court** *This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Rule 58 and in accordance with the Final Order dated July 15, 2020 by the Honorable John A. Gibney, Jr., Judgment is entered in favor of plaintiffs, THE CONSTITUTION PARTY OF VIRGINIA, et al.

July 15, 2020                                  FERNANDO GALINDO
Date                                          Clerk

(By) S. Beal, Deputy Clerk